

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00489-CV

———————————————

REECE MICHAEL JACOBS, Appellant

V.

JENNIFER LYNETTE HOWSE, Appellee

On Appeal from the 362nd District Court
Denton County, Texas
Trial Court No. 2013-40293-362

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Unopposed Motion to Withdraw Appeal."

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered:  August 6, 2026